UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

21 CV 2127 (CM)

**JUDGMENT**

Petitioners,

-against-

PERFECTION DRYWALL TAPER INC.,

Respondent.

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and

the action having come before the Court, and the Court having considered the same and ordered

entry of judgment in favor of Petitioners, now therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying arbitration

award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as

follows:

1. Awarding Petitioners $2,900 pursuant to the December 5, 2020 arbitration award (the "Award");

2. Ordering Respondent to produce any and all books and records specifically cash disbursement section of the cash book, general ledger, job location records, daily location records, daily time records, and all certified payrolls for the audit period of January 1, 2017 to date to the Board of Trustees of the New York City District Council of Carpenters Benefit Funds.

3. Awarding Petitioners $75 in costs arising out of the proceeding;

4. Awarding Petitioners $1,942.50 in attorneys' fees arising out of the proceeding; and

5.  Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
     September 18, 2021

By: _____
U.S.D.J.